# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID PERSI,<br><br>   Plaintiff(s),<br><br>v.<br><br>MGM GRAND HOTEL, LLC,<br><br>   Defendant(s). | Case No. 2:22-cv-02087-JCM-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is a stipulation to extend the deadline for Defendant to respond to the complaint by 29 days.  Docket No. 9.

A request to extend deadlines must be supported by a showing of good cause. *See, e.g.*, Fed. R. Civ. P. 6(b)(1).

Defendant has already had two months to prepare a response to the complaint. *See* Docket No. 6.  The instant request is predicated almost entirely on the fact that counsel has been busy attending to other matters, Docket No. 9 at 2, but an attorney taking on an unmanageable caseload is assuredly not good cause for an extension, *e.g.*, *Williams v. James River Grp. Inc.*, ___ F. Supp. 3d ___, 2022 WL 4181415, at *4 (D. Nev. Sept. 13, 2022).[1]  As a one-time courtesy, the Court will allow an extension of seven days.

Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part.[2]  The deadline to respond to the complaint is **EXTENDED** to February 23, 2023.  The Court is not inclined to grant

---

[1] The existence of settlement discussions is also a routine aspect of federal litigation, *see, e.g.*, Fed. R. Civ. P. 26(f)(2), and does not generally constitute good cause for an extension, *e.g.*, *Williams*, 2022 WL 4181415, at *5.

[2] The stipulation references an extension to the briefing schedule for a forthcoming motion to dismiss, Docket No. 9 at 2, a request that is not properly before the Court, *see* Local Rule IC 2-2(b) (separate requests must be filed separately).  The Court does not express any opinion herein as to that briefing schedule.

1

further extension requests.  *Cf.* Fed. R. Civ. P. 16(b)(2) (a scheduling order should generally be issued within 90 days of service or 60 days from a defendant's appearance).

IT IS SO ORDERED.

Dated: February 17, 2023

_____
Nancy J. Koppe
United States Magistrate Judge